UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RDI OF MICHIGAN, LLC,

    Plaintiff,

vs                                               Case No: 11-13866
                                               Honorable Victoria A. Roberts

MERIT INDUSTRIES, INC., ET AL,

    Defendants.
_____/

## ORDER

Plaintiff filed a Motion for Rule 11 Sanctions (Doc. #4).  Defendants responded, arguing that Plaintiff failed to comply with the "safe harbor" provisions of FRCP 11(c)(2). Plaintiff's reply came in the form of a motion to dismiss its Rule 11 Motion; Plaintiff concedes it failed to give Defendants the requisite notice under FRCP 11 (c)(2) to take corrective action.

Plaintiff's Motion to Dismiss is deemed a voluntary withdrawal of the Rule 11 Motion; the Court allows Plaintiff to Withdraw its Rule 11 Motion.

**IT IS ORDERED**.

                                                     /s/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Judge

Dated:  October 27, 2011

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 27, 2011.

s/Linda Vertriest
Deputy Clerk